65 A.3d 258

MARIA HARRISON, PLAINTIFF–CROSS–PETITIONER, v. ESTATE OF CARL J. MASSARO, DEFENDANT–CROSS–RESPONDENT.

January 11, 2013.

ORDERED that the cross-petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for statement of reasons.

65 A.3d 258

GERARDO GONZALEZ AND KLEVER BRAVO, PLAINTIFFS–PETITIONERS, v. AUTO MALL 46, INC., A/K/A NISSAN 46, BOROUGH OF TOTOWA, TOTOWA POLICE DEPARTMENT, ET AL., DEFENDANTS–RESPONDENTS.

MOHAMMAD KHAN AND MUNAZZA KHAN, PLAINTIFFS—PETITIONERS, v. AUTO MALL 46, INC., A/K/A NISSAN 46, BOROUGH OF TOTOWA, TOTOWA POLICE DEPARTMENT, ET AL., DEFENDANTS–RESPONDENTS.

January 11, 2013.

Denied.